RECEIVED & FILED

FEB 2 4 2000

ANDROSCOGGIN
SUPERIOR COURT

RONALD L. GARBRECHT
LAW LIBRARY

APR 4 2000

STATE OF MAINE

ANDROSCOGGIN, SS.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-98-98
TED-AND-2/24/2000

CINDY JOHNSON on behalf of her
daughter AMANDA PENNELL,

Plaintiff

v.

MSAD 52/TURNER ELEMENTARY
SCHOOL,

Defendant

ORDER

In this matter the plaintiff, Cindy Johnson, is acting on behalf of her daughter, Amanda Pennell. The plaintiffs are not represented by an attorney who is admitted to practice within the State of Maine. This issue has previously been raised when the matter was pending before the Magistrate Judge in the United States District Court for the District of Maine.

Upon return of the case to this court, Cindy Johnson has continued to represent the interests of her daughter in a *pro se* capacity. She is not a person who is properly authorized to act on behalf of another within the courts of the State of Maine. *See Haynes, Personal Representative of the Estate of Bruce Jagoe v. Jackson,* 2000 ME 11, (wife of defendant is not allowed to represent infirmed husband even though she possesses a power of attorney); and *Boyer v. Boyer,* 1999 ME 128, 736 A.2d

273 (father of children with an interest in real estate cannot submit pleadings to the court on behalf of his children).

The court conducted a hearing with the plaintiff and counsel for the defendant being present. The plaintiff Cindy Johnson cannot continue to represent the interests of her daughter because she is not an attorney licensed to practice before the courts of this State.

It is Ordered that Cindy Johnson seek out and retain counsel to act in the best interest of her daughter. The plaintiff shall do this within 20 days. Upon her failure to do so, the defendant may move for dismissal or other appropriate action.

The clerk shall incorporate this Order into the docket by reference.

So ordered.

DATED: February 24, 2000

_____
Thomas E. Delahanty II
Justice, Superior Court

Cindy Johnson Pro Se

Edward Benjamin Jr.; Defendants

2